# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

**JUDGMENT IN A CIVIL CASE**

LOUIS SKUFCA, JR.,,

v.

DEWEY C. WHITENTON, CHANCELLOR., ET AL.,    CASE NUMBER:   1:04-1074-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/26/2005, this case is hereby DISMISSED, pursuant to 28 U.S.C. § 1915 e(2)(B)(ii) and §1915 A(b)(1) . It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith. The plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and § 1915(a).

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

_9-30-05_                BY:  _[signature]_
DATE                          DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  10/3/05 .



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01074 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Louis P. Skufca
SCCF-CLIFTON
316068
P.O. Box 279
Clifton, TN 38425--027

Honorable James Todd
US DISTRICT COURT